**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-7692**

UNITED STATES OF AMERICA,

                Plaintiff – Appellee,

     v.

ELTRENTROSE F. LIVERMAN, a/k/a Trent,

                Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca Beach Smith, District Judge.  (2:95-cr-00151-JBF-FBS-7)

Submitted:  June 21, 2012        Decided:  July 20, 2012

Before WYNN and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Eltrentrose F. Liverman, Appellant Pro Se.  Howard Jacob Zlotnick, Assistant United States Attorney, Newport News, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eltrentrose F. Liverman appeals the district court's order denying his 18 U.S.C. § 3582(c) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Liverman</u>, No. 2:95-cr-00151-JBF-FBS-7 (E.D. Va. Nov. 4, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2